| | |
|---|---|
| 1 | PETER B. MARETZ, SBN 144826 |
| 2 | pmaretz@stokeswagner.com |
|   | CHRISTINA J. TANTOY, SBN 308237 |
| 3 | ctantoy@stokeswagner.com |
|   | OMAR V. HERNANDEZ, SBN 340089 |
| 4 | ohernandez@stokeswagner.com |
|   | STOKES WAGNER ALC |
| 5 | 401 W. A Street, Suite 2235 |
|   | San Diego, CA  92101 |
| 6 | Telephone:  (619) 232-4261 |
|   | Facsimile:  (619) 232-4840 |
| 7 | |
|   | Attorneys for Defendant |
| 8 | EVENT TICKETS CENTER, INC. |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINA HERNANDEZ, individually and on behalf of all others similarly situated, | Case No.   2:24-CV-01983-DAD-AC |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| EVENT TICKETS CENTER, INC., | Complaint Served: July 24, 2024 |
| Defendant. | Current Response Date: August 14, 2024 |
| | New Response Date: September 13, 2024 |

This Stipulation is entered into by and between Plaintiff KRISTINA HERNANDEZ ("Plaintiff") and Defendant EVENT TICKETS CENTER, INC., ("Defendant") (collectively, "Parties"), who, by and through their respective counsels of record, hereby agree and stipulate that the time within which Defendant may file their Answer or otherwise respond to Plaintiff's Complaint shall be extended 30 days from the initial Answer deadline of August 14, 2024 or until **September 13, 2024** as agreed upon by the Parties.

Date: August 14, 2024

DOVEL & LUNER, LLP

By: /s/ Simon Franzini
Simon Franzini
Christin Cho
Jonas Jacobson
Attorneys for Plaintiff Kristina Hernandez

Date: August 14, 2024

STOKES WAGNER, ALC

By: _____
Peter B. Maretz
Christina J. Tantoy
Omar V. Hernandez
Attorneys for Defendant EVENT TICKETS CENTER, INC.

2
**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

1  I hereby attest that all other signatories listed, and on whose behalf the filing
2  is submitted, concur in the filing's content, and have authorized the filing.

Dated: August 14, 2024           STOKES WAGNER, ALC

By  PETER B. MARETZ
    OMAR V. HERNANDEZ
    Attorneys for Defendant EVENT TICKETS CENTER, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2024, a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court using the Court's CM/ECF electronic filing system, which automatically generates a Notice of Electronic Filing ("NEF") at the time said document is filed to all CM/ECF Users and counsel of record who have appeared in this case. Service with this NEF constitutes service pursuant to Federal Rule of Civil Procedure 5(b)(E).

Dated: August 13, 2024

STOKES WAGNER, ALC

By _____
PETER B. MARETZ
Attorneys for Defendant EVENT TICKETS CENTER, INC