1  Simon Franzini (Cal. Bar No. 287631)
   simon@dovel.com
2  Martin Brenner (Cal. Bar No. 333540)
   martin@dovel.com
3  DOVEL & LUNER, LLP
4  201 Santa Monica Blvd., Suite 600
   Santa Monica, California 90401
5  Telephone: (310) 656-7066
   Facsimile: (310) 656-7069
6

7  *Attorneys for Plaintiff*

8

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINA HERNANDEZ, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff*,<br><br>v.<br><br>EVENT TICKETS CENTER, INC.,<br><br>    *Defendant*. | Case No. 2:24-CV-01983-DAD-AC<br><br>**Plaintiff's Notice of Motion and Motion to Compel Discovery**<br><br>**DISCOVERY MATTER**<br><br>*[Plaintiff's Statement re: Discovery Disagreement; Declaration of Martin Brenner; [Proposed] Order filed concurrently herewith]* |

---

Plaintiff's Motion to Compel Discovery                    Case No. 2:24-CV-01983-DAD-AC

**NOTICE OF MOTION AND MOTION**

Please take notice that on March 19, 2025, at 10:00 a.m. or as soon thereafter as this matter maybe heard in Courtroom 26 of the United States District Court, Eastern District of California, Robert T. Matsui Courthouse, 501 I Street, Sacramento, CA 95814, the Honorable Allison Claire presiding, Plaintiff Kristina Hernandez will and hereby does move this Court to compel discovery responses from Defendant Event Ticket Center, Inc.

This Motion is based on this Notice of Motion and Motion, Plaintiff's Statement re: Discovery Disagreement filed concurrently herewith and the exhibits attached thereto, the Declaration of Martin Brenner filed concurrently herewith, the pleadings, records, and papers on file, and any other matters properly before the Court.

This Motion is being filed after the party's compliance with Local Rule 251(b)'s meet and confer requirement. The parties first met and conferred regarding Defendant's discovery responses on January 7, 2025, over videoconference. The parties met and conferred a second time over videoconference on February 3, 2025. The parties were not able to resolve their dispute, so Plaintiff filed this motion.

Dated: February 20, 2025

By: */s/ Martin Brenner*
Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
Martin Brenner (Cal. Bar No. 333540)
martin@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

*Attorneys for Plaintiff*

Plaintiff's Motion to Compel Discovery     1     Case No. 2:24-CV-01983-DAD-AC