Kevin S. Asfour (SBN 228993)
Kevin.Asfour@klgates.com
Jacob R. Winningham (SBN 357987)
Jacob.Winningham@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard
8th Floor
Los Angeles, California 90067
Telephone: (310) 552-5000
Facsimile: (310) 552-5001

Attorneys for Defendants
EVENT TICKETS CENTER, INC.
and TICKETNETWORK, INC.

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| KRISTINA HERNANDEZ and JULIE VARON, each individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EVENT TICKETS CENTER, INC., and TICKETNETWORK, INC.,<br><br>Defendants. | Case No. 2:24-CV-01983-DAD-AC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES** |

## STIPULATION

Pursuant to Federal Rules of Civil Procedure Rule 6, Plaintiff Kristina Hernandez ("Hernandez") and Julie Varon ("Varon") (together, the "Plaintiffs") and Defendants Event Tickets Center, Inc. ("ETC") and TicketNetwork, Inc. ("TN") (together, the "Defendants," and together with Plaintiffs, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on November 14, 2024, the Court issued a Scheduling Order setting forth case deadlines including the completion of fact and expert discovery, the deadline to file dispositive motions, the final pretrial conference, and the date of trial (Dkt. 15);

WHEREAS, on June 4, 2025, the Court granted Plaintiffs' motion for leave to file a Second Amended Complaint ("SAC") which, *inter alia*, added TN as a new Defendant, and thus on June 5, 2025, Plaintiffs filed the SAC, which is currently the operative pleading;

WHEREAS, in light of the SAC's filing, on June 6, 2025 the Court denied without prejudice Defendant ETC's then-pending motion to compel arbitration as to the prior complaint, finding the motion moot given the new SAC;

WHEREAS, on June 13, 2025, after meeting and conferring regarding the naming of TN as an additional defendant, the parties jointly agreed upon and entered a stipulation seeking an approximately 90-day extension of the then-existing deadlines under Rule 16(b) (Dkt. 48);

WHEREAS, on June 16, 2025, the Court entered a minute order granting the parties' stipulation and extending the deadlines for the completion of fact and expert discovery, the filing of dispositive motions, the final pretrial conference, and the date of trial (Dkt. 49);

WHEREAS, Defendants ETC and TN each responded to the SAC by filing a Motion to Compel Arbitration on July 11, 2025, which motions are now fully briefed and currently pending before the Court;

WHEREAS, each Defendant's pending Motion to Compel Arbitration is based in

1
STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES

part on arguments related to each Defendant's lack of significant participation in the discovery process;

WHEREAS, in light of the foregoing procedural posture regarding the Defendants' respective Motions to Compel Arbitration, the Parties stipulate that any discovery propounded by the Defendants from this point onward will not be construed as a waiver of arbitration by either Defendant nor raised in support of any such argument. The Parties reserve all other rights and arguments regarding the pending Motions to Compel Arbitration, including Plaintiffs' argument that Defendant ETC already waived any alleged right to compel arbitration through its litigation of this case before filing its Motion to Compel Arbitration;

WHEREAS, the Parties diligently met and conferred following Defendants' determination that they would seek an extension of the current discovery deadlines in light of the foregoing and stipulated to the following proposed deadlines.

| Event | Existing Date | Proposed Date |
|---|---|---|
| Completion of fact discovery | November 12, 2025 | January 12, 2025 |
| Initial expert disclosures and reports | December 15, 2025 | February 16, 2026 |
| Rebuttal expert disclosures and reports | January 13, 2026 | March 13, 2026 |
| Completion of expert discovery | February 12, 2026 | April 13, 2026 |
| Last day to file dispositive motions | April 7, 2026 | June 8, 2026 |

WHEREAS, although this is the Parties' second request for an extension of time regarding the deadlines set forth by the Court, it is the first such request following the filing of the currently pending motions to compel arbitration, and is made in good faith and is not made for the purpose of causing unwarranted delay;

2
**STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES**

WHEREAS, the requested extension will not alter the dates set for the final pretrial conference or the beginning of trial;

NOW, THEREFORE, the Parties stipulate and request as follows:

That the case schedule set by the Court's June 16 minute order (Dkt. 49) shall be modified to extend the existing discovery deadlines by approximately 60 days as follows:

| Event | Date |
| --- | --- |
| Completion of fact discovery | January 12, 2025 |
| Initial expert disclosures and reports | February 16, 2026 |
| Rebuttal expert disclosures and reports | March 13, 2026 |
| Completion of expert discovery | April 13, 2026 |
| Last day to file dispositive motions | June 8, 2026 |

Dated: September 16, 2025

By: /s/ *Jacob R. Winningham*
   Jacob R. Winningham (SBN 357987)
   Jacob.Winningham@klgates.com
   Kevin S. Asfour (SBN 228993)
   Kevin.Asfour@klgates.com
   **K&L GATES LLP**
   10100 Santa Monica Blvd., 8th Floor
   Los Angeles, CA 90067
   Telephone: (310) 552-5000
   Facsimile: (310) 552-5001

Attorneys for Defendants
EVENT TICKETS CENTER, INC.
and TICKETNETWORK, INC.

Dated: September 15, 2025

By: /s/ *Martin Brenner*
*(as authorized on September 15, 2025)*
   Simon Franzini (Cal. Bar No. 287631)
   simon@dovel.com
   Martin Brenner (Cal. Bar No. 333540)
   martin@dovel.com

DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

*Attorneys for Plaintiffs*

**CIVIL LOCAL RULE 131(e) ATTESTATION**

Pursuant to Civil Local Rule 131(e), the undersigned filer attests that the other signatories hereto are registered CM/ECF filers and have concurred to the filing of this document.

Dated: September 16, 2025

*/s/ Jacob R. Winningham*
Jacob R. Winningham

**PROPOSED ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED:

The Scheduling Order set forth in the Court's June 16, 2025 minute order shall be modified to extend the existing discovery deadlines by approximately 60 days as set forth below:

| Event | Date |
|---|---|
| Completion of fact discovery | January 12, 2025 |
| Initial expert disclosures and reports | February 16, 2026 |
| Rebuttal expert disclosures and reports | March 13, 2026 |
| Completion of expert discovery | April 13, 2026 |
| Last day to file dispositive motions | June 8, 2026 |

Dated: _____

Hon. Dale A. Drozd

UNITED STATES DISTRICT JUDGE

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES**

# CERTIFICATE OF SERVICE

**Case No. 2:24-CV-01983-DAD-AC**

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: K&L GATES LLP, 10100 Santa Monica Boulevard Eighth Floor, Los Angeles, CA 90067.

On September 16, 2025 I served the document(s) described as:

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES**

Service of the above referenced document was provided to the parties as stated below:

| | |
|---|---|
| Christin Cho (Cal. Bar No. 238173)<br>christin@dovel.com<br>Simon Franzini (Cal. Bar No. 287631)<br>simon@dovel.com<br>Martin Brenner (Cal. Bar No. 333540)<br>martin@dovel.com<br>Gabriel Z. Doble (Cal. Bar No. 335335)<br>gabe@dovel.com<br>DOVEL & LUNER, LLP<br>201 Santa Monica Blvd., Suite 600<br>Santa Monica, CA 90401<br>Tel: (310) 656-7066<br>Facsimile: (310) 656-7069 | *Counsel for PLAINTIFFS*<br>KRISTINA HERNANDEZ and JULIE VARON |

☑ **BY ECF**: The undersigned certifies that the document listed above was filed this September 16, 2025. Notice of this filing will be sent to all parties in this case listed below by operation of the Court's electronic filing system (ECF). Parties may access this filing via the Court's ECF system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 16, 2025 at Los Angeles, California.

Jacob Winningham

*Jacob Winningham*
Signature

---

1
CERTIFICATE OF SERVICE