Kevin S. Asfour (SBN 228993)
Kevin.Asfour@klgates.com
Jacob R. Winningham (SBN 357987)
Jacob.Winningham@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard
8th Floor
Los Angeles, California 90067
Telephone: (310) 552-5000
Facsimile: (310) 552-5001

Attorneys for Defendants
EVENT TICKETS CENTER, INC.
and TICKETNETWORK, INC.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| KRISTINA HERNANDEZ and JULIE VARON, each individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EVENT TICKETS CENTER, INC., and TICKETNETWORK, INC.,<br><br>Defendants. | Case No. 2:24-CV-01983-DAD-AC<br><br>**DEFENDANTS EVENT TICKETS CENTER, INC. AND TICKETNETWORK, INC.'S NOTICE OF ERRATA REGARDING STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES (DKT. 65)** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT**, on September 16, 2025, Defendants Event Tickets Center, Inc. and TicketNetwork, Inc. (together, the "Defendants") filed a Stipulation signed by counsel for all parties seeking an extension of the existing discovery deadlines. (Dkt. 65.) Due to an inadvertent error, the proposed dates included in that Stipulation and the attached Proposed Order listed a proposed extended date as "January 12, 2025" instead of the correct "January 12, 2026." Attached hereto as Exhibit A is the corrected and complete Stipulation and Proposed Order to Extend Discovery Deadlines. The corrected table of proposed dates is also included below.

| Event | Existing Date | Proposed Date |
|---|---|---|
| Completion of fact discovery | November 12, 2025 | January 12, 2026 |
| Initial expert disclosures and reports | December 15, 2025 | February 16, 2026 |
| Rebuttal expert disclosures and reports | January 13, 2026 | March 13, 2026 |
| Completion of expert discovery | February 12, 2026 | April 13, 2026 |
| Last day to file dispositive motions | April 7, 2026 | June 8, 2026 |

Dated: September 16, 2025

By: */s/ Jacob R. Winningham*
Jacob R. Winningham (SBN 357987)
Jacob.Winningham@klgates.com
Kevin S. Asfour (SBN 228993)
Kevin.Asfour@klgates.com
**K&L GATES LLP**
10100 Santa Monica Blvd., 8th Floor
Los Angeles, CA 90067

STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Telephone: (310) 552-5000
Facsimile: (310) 552-5001

Attorneys for Defendants
EVENT TICKETS CENTER, INC.
and TICKETNETWORK, INC.

# CERTIFICATE OF SERVICE

**Case No. 2:24-CV-01983-DAD-AC**

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: K&L GATES LLP, 10100 Santa Monica Boulevard Eighth Floor, Los Angeles, CA 90067.

On September 16, 2025 I served the document(s) described as:

**DEFENDANTS EVENT TICKETS CENTER, INC. AND TICKETNETWORK, INC.'S NOTICE OF ERRATA REGARDING STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES (DKT. 65); CORRECTED STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES**

Service of the above referenced document was provided to the parties as stated below:

| | |
|---|---|
| Christin Cho (Cal. Bar No. 238173)<br>christin@dovel.com<br>Simon Franzini (Cal. Bar No. 287631)<br>simon@dovel.com<br>Martin Brenner (Cal. Bar No. 333540)<br>martin@dovel.com<br>Gabriel Z. Doble (Cal. Bar No. 335335)<br>gabe@dovel.com<br>DOVEL & LUNER, LLP<br>201 Santa Monica Blvd., Suite 600<br>Santa Monica, CA 90401<br>Tel: (310) 656-7066<br>Facsimile: (310) 656-7069 | *Counsel for PLAINTIFFS*<br>KRISTINA HERNANDEZ and JULIE VARON |

☑ **BY ECF**: The undersigned certifies that the document listed above was filed this September 16, 2025. Notice of this filing will be sent to all parties in this case listed below by operation of the Court's electronic filing system (ECF). Parties may access this filing via the Court's ECF system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 16, 2025 at Los Angeles, California.

Jacob Winningham

*Jacob Winningham*
Signature

---

CERTIFICATE OF SERVICE